**Order entered July 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01553-CR
### No. 05-13-01554-CR

**JOHN MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-62863-J, F13-00350-J**

## ORDER

The Court **GRANTS** appellant's July 14, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TWENTY-ONE (21) DAYS** from the date of this order.

/s/     DAVID EVANS
JUSTICE